IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCA ANDERSON, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>CITY OF NEW YORK,<br><br>              Defendant. | Case No. 24-cv-03473 |

**NOTICE OF FILING CONSENTS TO JOIN**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. LINDA CHARLES
   2215 NEWKIRK AVE, D14
   BROOKLYN, NY 11226
   KINGS COUNTY

2. MARIE CHARLES
   PO BOX 32
   CEDARHURST, NY 11516
   NASSAU COUNTY

3. MARTIN CHARLES
   214-14 113TH AVENUE
   QUEENS VILLAGE, NY 11429
   QUEENS COUNTY

4. WESLEY CHARLES
   1425 EAST 54 STREET
   BROOKLYN, NY 11234
   KINGS COUNTY

5. JOSELIN CHECO
   42 WARWICK TURNPIKE
   HEWITT, NJ 07421
   PASSAIC COUNTY

6. ERIC CHEN
   186 BAY 17TH ST 2FL
   BROOKLYN, NY 11214
   KINGS COUNTY

7. SELENA CHEN
   156-11 AGUILAR AVENUE APT. 4N
   FLUSHING, NY 11367
   QUEENS COUNTY

8. STEPHANIE CHEN
   130 BRADHURST AVE #403
   NEW YORK, NY 10039
   NEW YORK COUNTY

9. EVELYN CHENG
   200 SCHERMERHORN ST 522
   BROOKLYN, NY 11201
   KINGS COUNTY

10. LARISA CHERESHNEVA
    2126 BENSON AVENUE, #2I
    BROOKLYN, NY 11214
    KINGS COUNTY

11. SABRINA CHERRY
    1993 LINDEN BLVD
    BROOKLYN, NY 11207
    KINGS COUNTY

12. ADANNA CHIKEZIE
    141-47 182 STREET
    SPRINGFIELD GARDENS, NY 11413
    QUEENS COUNTY

13. LINDA CHING
    212 WARREN STREET, APT. 16G
    NEW YORK, NY 10282
    NEW YORK COUNTY

14. MARVA CHISHOLM
    68 EAST 51 STREET
    BROOKLYN, NY 11203
    KINGS COUNTY

15. MD MOHIUS CHOUDHURY
    8542 168TH STREET APT#2
    JAMAICA, NY 11432
    QUEENS COUNTY

16. MUHAMMAD CHOUDHURY
    3555 OLINVILLE AVE 11J
    BRONX, NY 10467
    BRONX COUNTY

17. MANJUSREE CHOWDHURY
    11 GABLE RD
    NEW CITY, NY 10956
    ROCKLAND COUNTY

18. MOHAMMED CHOWDHURY
    33 EAGLE STREET-6G
    BROOKLYN, NY 11222
    KINGS COUNTY

19. MOKARRAM CHOWDHURY
    109 11 208TH STREET
    QUEENS, NY 11429
    QUEENS COUNTY

20. UTTAM CHOWDHURY
    92-29 176TH STREET 1FL
    JAMAICA, NY 11433
    QUEENS COUNTY

21. ROBERT CIESIELSKI
    5982 60TH STREET
    MASPETH, NY 11378
    QUEENS COUNTY

22. SONGE CLARENCE
    682 RALPH AVENUE #1B
    BROOKLYN, NY 11212
    KINGS COUNTY

23. BERNADETTE CLARK
    218-94 99TH AVENUE
    QUEENS VILLAGE, NY 11429
    QUEENS COUNTY

24. RHODA CLARK
    140 EINSTEIN LOOP #12D
    BRONX, NY 10475
    BRONX COUNTY

25. TIARRA CLARK
    2065 SAINT RAYMOND AVENUE APT 1E
    BRONX, NY 10462
    BRONX COUNTY

The Consent to Sue forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: May 7, 2024					Respectfully submitted,

						*/s/ Hope Pordy*
						Hope Pordy
						Elizabeth Sprotzer
						SPIVAK LIPTON LLP
						1040 Avenue of the Americas, 20th Flr
						New York, NY  10018
						Phone: (212) 765 2100
						hpordy@spivaklipton.com

						*/s/ Gregory K. McGillivary*
						Gregory K. McGillivary (pro hac vice forthcoming)
						Diana Nobile (pro hac vice forthcoming)
						Sarah M. Block
						Rachel Lerner (pro hac vice forthcoming)
						MCGILLIVARY STEELE ELKIN LLP
						1101 Vermont Ave., N.W.
						Suite 1000
						Washington, DC 20005
						Phone: (202) 833-8855

4

## CERTIFICATE OF SERVICE

This is to certify that, on May 7, 2024, the foregoing document and exhibit were filed with the Court through the Court's CM/ECF filing system, which will serve copies to all Counsel of Record who have entered appearances in this matter.

*/s/ Hope Pordy*
Hope Pordy
