UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    12/11/2024
```

FRANCESCA ANDERSON, et al.,

                                        Plaintiffs,                    24-CV-03473 (JW)

                -against-                                              **ORDER**

CITY OF NEW YORK,

                                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

         The Honorable Jennifer E. Willis referred this matter to my docket for settlement. The

parties are directed to email Courtroom Deputy Diljah Shaw at

Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement

conference. Due to the Court's busy calendar, settlement conferences must generally be

scheduled at least six to eight weeks in advance. The Court will likely be unable to

accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        December 11, 2024
              New York, New York