```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCESCA ANDERSON, et al.,

                        Plaintiffs,

      -against-

CITY OF NEW YORK,

                        Defendant.

------------------------------------------------------------X

24-CV-03473 (JW)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

    The parties are directed to confer on whether a second settlement conference would be productive. If so, the parties shall email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates beginning in July 2025.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:    April 22, 2025
                New York, New York